USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07

LAW OFFICES
RUBIN & SHANG
9 EAST 40TH STREET
NEW YORK, N.Y. 10016
(212) 725-4600

FACSIMILE
(212) 725-4799



RECEIVED
NOV 15 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

November 13, 2007

Hon. Robert P. Patterson, Jr.
United States Court House
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re: *United States of America v.*
*Shahzad Virk*
*Indictment No. 07 Cr 934*

Dear Judge Patterson:

This law firm has been retained to represent the defendant, Shahzad Virk, in the above referenced criminal proceeding, in substitution for Sabrina Shroff, Esq.

It is my understanding that a motion and discovery schedule has already been set, providing for discovery of the Government documents by October 23, 2007, defendant's motions to be served by November 13, and the Government's responses due on or before November 27, 2007. Additionally, oral argument is scheduled for November 27, at 4:00 P.M.

The reason for my substitution for Ms. Shroff is that she is leaving private practice for a position with the Federal Defenders Office.

Needeless to say my late entry in this case makes it impossible to comply with the motion schedule as set forth above. I have been told by Ms. Shroff that she has been provided by the Government with 3 boxes of discovery documents, which I will have in my office in the next two days, and will immediatly start reviewing. However, I will need additional time to file whatever motions would be necessary to protect the interests and rights of my client. I would assume that one months time for defendant's motions would be sufficient, should any such motions be necessary. I am, therefore, respectfully requesting that I be permitted the additional time for motions, and that the scheduled date

*[Handwritten endorsement: Application granted. Defendants shall have until 12/14/07 to file motions. 11/15/07 ... 30 days ... RPP]*

RUBIN & SHANG

Hon. Robert P. Patterson, Jr.
November 13, 2007
Page 2.

for oral argument be reset to a time convenient with the Court.

I have had an initial discussion with the Assistant United States Attorney David A. O'Neil who has consented to this application.

My client is currently remanded, but has agreed to have this time excluded from his speedy trial calculations in order to allow me time to gain familiarity with this case, and time to discuss the matter in more detail with Mr. O'Neil.

Thank you for your consideration.

Very truly yours,

Jeffrey M. Rubin

/ryl

cc   David O'Neil
     Office of the United States Attorney
     1 Saint Andrew's Plaza
     New York, New York 10007

     Sabrina Shroff, Esq.