USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

LAW OFFICES
RUBIN & SHANG
9 EAST 40TH STREET
NEW YORK, N.Y. 10016
(212) 725-4600

FACSIMILE
(212) 725-4799



December 20, 2007

Hon. Robert P. Patterson, Jr.
United States Court House
500 Pearl Street
Room 2550
New York, New York 10007-1312

**MEMO ENDORSED**

Re:  *United States of America v.*
     *Shahzad Virk*
     *Indictment No. 07 Cr 934*

Dear Judge Patterson:

The undersigned represents the defendant in the above referenced criminal proceeding. In a letter dated November 13, 2007, I notified you of my entry into the case, and requested, with the consent of AUSA David O'Neil, that I be granted additional time to submit motions, which you graciously granted until December 14, 2007.

I have received 3 boxes of discovery documents, and have been in discussions with Mr. O'Neil, attempting to resolve the factual and legal issues in this case, thereby obviating the need for formal legal motions, and, possibly, reaching agreement on a disposition of the entire case. This has taken us a little longer than we originally anticipated, and, accordingly, I am hereby requesting a further extension of time to file motions, should that prove necessary.

In the event that we are unable to reach a resolution, it would be necessary, in order to protect the interests of my client, to file certain legal motions. Mr. O'Neil consents to this request, and we both anticipate that we should be able to resolve the outstanding issues by or before January 21, 2008. If we are unable to do so by that date, then I would need an additional week, until January 28 to file motions.

*application granted*
*So ordered*
*12/31/07  Robert P. Patterson*

RUBIN & SHANG

Hon. Robert P. Patterson, Jr.
December 20, 2007
Page 2.

    It is, of course, understood and agreed that this additional time shall be excluded from the speedy trail determinations.

    It is, therefore, respectfully requested that this Court grant the above request.

    Thank you for your consideration.

Very truly yours,

Jeffrey M. Rubin

cc:    AUSA David O'Neil.
    Office of the United States Attorney
    1 Saint Andrew's Plaza
    New York, New York 10007