

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

RECEIVED FEB 11 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

February 11, 2008

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08

Re:  **United States v. Shahzad Virk**, 07 Cr. 934 (RPP)

Dear Judge Patterson:

    Defendant in the above-captioned matter requested until January 28, 2008 to file motions in the above-captioned matter. The Court granted that request in an endorsed letter dated January 2, 2008, that also consented to the exclusion of time from speedy trial act calculations. In endorsing the defendant's request, however, the Court did not schedule a further pretrial conference. The Government respectfully writes to request that the Court schedule such a conference. In addition, the Government requests that the Court exclude the time under the Speedy Trial Act until the date of the next scheduled conference, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8).

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: David A. O'Neil
Assistant United States Attorney
Telephone:  (212) 637-2533
Facsimile:  (212) 637-2937

cc: Jeffrey Rubin, Esq.
Fax: 212-725-4799

*Application Granted. Conference 2/14/08 at 9:30 AM. So ordered. Time is excluded until 2/14/08. So ordered. Robert P. Patterson USDJ 2/11/08*

TOTAL P.02