

LAW OFFICES
# RUBIN & SHANG
9 EAST 40TH STREET
NEW YORK, N.Y. 10016
(212) 725-4600

FACSIMILE
(212) 725-4700

# MEMO ENDORSED

June 9, 2008

**_Via Facsimile (212) 805-7917_**

Hon. Robert P. Patterson, Jr.
United States Court House
500 Pearl Street
Room 2550
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

Re: **_United States of America v._**
**_Shahzad Virk_**
**_Indictment No. 07 Cr 934 (RPP)_**

Dear Judge Patterson:

The undersigned represents the defendant, Shahzad Virk,
in the above referenced criminal proceeding. Mr. Virk has
been convicted, on his plea of guilty, on March 11, 2008,
and is presently scheduled to be sentenced on June 16, 2008.

I am herewith requesting that the sentencing be
adjourned to July 10 2008., I am in the process of
collecting documents which I am planning to submit to the
court, together with a defendant's sentencing memorandum,
and need some additional time to complete the process. I
ordinarily would not need an additional month to complete
this process, but personal health issues cause me to request
the July 10 date.

*Application granted.
Sentencing July 10, 2008 at 4 P.M.
So ordered.*

Robert P Patterson
USDf
6/9/08

RUBIN & SHANG

Hon. Robert P. Patterson, Jr.
June 9, 2008
Page 2.

    I have spoken with AUSA David O'Neil who has consented
to this adjournment request.

    Thank you for your consideration.

                                    Very truly yours,


                                    Jeffrey M. Rubin


cc:  *Via Facsimile (212)637-2387*
     AUSA David O'Neil.
     Office of the United States Attorney
     1 Saint Andrew's Plaza
     New York, New York 10007


     *Via Facsimile (212) 805-0048*
     Robert Flemen
     U.S. Probation Officer