LAW OFFICES
RUBIN & SHANG
9 EAST 40TH STREET
NEW YORK, N.Y. 10016
(212) 725-4800

FACSIMILE
(212) 725-4799



# MEMO ENDORSED

July 3, 2008

<u>Via Facsimile (212) 805-7917</u>

Hon. Robert P. Patterson, Jr.
United States Court House
500 Pearl Street
Room 2550
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08
```

Re:  <u>United States of America v.</u>
     <u>Shahzad Virk</u>
     <u>Indictment No. 07 Cr 934 (RPP)</u>

Dear Judge Patterson:

   The undersigned represents the defendant, Shahzad Virk, in the above referenced criminal proceeding. This is an additional request for an adjournment of the sentencing which is currently scheduled for July 10, 2008.

   The defendant is ready to proceed with the sentencing, however, personal health issues cause me to request that the matter be adjourned to July 16, 2008. I am informed by your chambers that 3:00 P.M. is an available time on that date.

   I have spoken with AUSA David O'Neil who has consented to this adjournment request.

*Application granted
So Ordered
Robert P. Patterson
USDJ
7/3/08*

RUBIN & SHANG

Hon. Robert P. Patterson, Jr.
July 3, 2008
Page 2.

Thank you for your consideration.

Very truly yours,

Jeffrey M. Rubin

cc: **_Via Facsimile (212)637-2387_**
AUSA David O'Neil.
Office of the United States Attorney
1 Saint Andrew's Plaza
New York, New York 10007

**_Via Facsimile (212) 805-0048_**
Robert Flemen
U.S. Probation Officer

/ryl